IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:13-cv-208-SPM-GRJ

STATE OF FLORIDA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a "Petition for Writ of Mandamus," wherein he alleges that attorneys violated his civil rights by not providing him with a deposition transcript. (Doc. 1.) For the reasons discussed below, it is respectfully **RECOMMENDED** that this cause be dismissed pursuant to 28 U.S.C. § 1915(g).

## DISCUSSION

The Court construes Plaintiff's filing, wherein he alleges deprivation of his civil rights, as a civil rights complaint, not a petition for writ of mandamus. Plaintiff alleges that two prosecutors violated his "civil rights as well as constitutional rights under the 5th, 6th 14th amendment" and asks the Court to require prosecutor Glenn Bryant to produce a deposition transcript for Plaintiff. (Doc. 1.) The Prison Litigation Reform Act of 1995 ("PLRA") provides that a prisoner may not bring a civil action under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). This is commonly known as the PLRA's "three strikes" rule. "A

prisoner under imminent danger of serious physical injury can qualify for the 'imminent danger exception,'" but the prisoner must allege a present imminent danger. Miller v. Donald, 541 F.3d 1091, 1095 (11th Cir. 2008); Medberry v. Butler, 185 F.3d 1189, 1193 (11th Cir. 1999).

Plaintiff has run afoul of 28 U.S.C. §1915(g) three strikes rule. Plaintiff previously filed at least three cases in the Northern District of Florida which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. See Roland v. Glant, No. 1:11-cv-35-MP-GRJ (N.D. Fla. Aug. 9, 2011)(dismissed for failure to state a claim); Roland v. Browning, No. 1:11-cv-34-MP-GRJ (N.D. Fla. Aug. 15, 2011) (dismissed as frivolous); Roland v. Smith, No. 1:03-cv-2-MP-AK (N.D. Fla. August 11, 2003) (dismissed as frivolous); Roland v. Levy County Sheriff, No. 1:97-cv-117-MP (N.D. Fla. Sept. 1, 1999) (dismissed for failure to state a claim).

Plaintiff is not entitled to proceed as a pauper under 28 U.S.C. § 1915 and his allegations do not suggest that he is in "imminent danger of serious physical injury." Accordingly, Plaintiff's Complaint should be dismissed pursuant to 28 U.S.C. § 1915(g) because Plaintiff has three strikes under the PLRA and because he does not allege that he is in any imminent danger.[1]

## **CONCLUSION**

Based on the foregoing, it is respectfully **RECOMMENDED** that this case should

---

[1] To the extent Plaintiff asserts a claim relating to his underlying conviction, he would be required to assert such a claim in a petition for habeas corpus. However, the Court notes that in Case No. 1:13-cv-190-SPM-CAS, Plaintiff withdrew a habeas petition on October 8, 2013 because he "wasn't aware that he had to resolve his 3.850 motion before he can find his federal habeas corpus." (Doc 15.) That petition was subsequently dismissed.

be dismissed pursuant to 28 U.S.C. § 1915(g) because Plaintiff has three strikes.

**IN CHAMBERS**, at Gainesville, Florida, this 25th day of October 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**