UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,

v.                                        CASE NO. 1:13cv208-SPM-GRJ

STATE OF FLORIDA,

    Defendant.
_____/

### O R D E R

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation, dated October 25, 2013. (Doc. 3). Plaintiff filed a document entitled "Writ of Mandamus," which will be treated as an objection. (Doc 4).

Plaintiff is a state prisoner at the Wakulla Correctional Institution. On October 18, 2013, without prepayment of the filing fee, Plaintiff filed a pleading entitled "Petition for Writ of Mandamus," through which he seeks to obtain deposition transcripts from his state court criminal proceedings. Magistrate Judge Jones issued a Report and Recommendation finding that Plaintiff is a three-striker. Judge Jones recommends dismissal of this case under the three strikes rule, 28 U.S.C. § 1915(g).

Plaintiff has objected to the Magistrate Judge's Report and Recommendation. Although it is difficult to understand his objections, Plaintiff appears to argue that he does not have three strikes because his prior cases should have been treated as one case. The undersigned disagrees but nonetheless, even if the last two cases filed by Plaintiff in 2011 should be treated as one, the other cases counted by the Magistrate Judge as strikes were filed in 1997 and 2003. (*See* doc. 3 at p. 2). Plaintiff provides no explanation of how these cases, filed years apart, constitute the same case. Plaintiff also argues that the three strikes rule is unconstitutional as applied to him, but he does not provide any facts or law to support his argument. Finally, Plaintiff seems to argue that if he does not obtain the

transcripts he is seeking to overturn his conviction, he is in imminent danger of serious physical injury because of a chicken pox outbreak at his institution. This argument fails because Plaintiff's case is not about chicken pox, but about obtaining transcripts. Plaintiff should raise any concerns he has about a chicken pox outbreak with prison authorities.

In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this 17th day of January, 2014.

                s/ *M. Casey Rodgers*
                **M. CASEY RODGERS**
                **CHIEF UNITED STATES DISTRICT JUDGE**